01
02
03
04

05      UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
06                 AT SEATTLE

07   UNITED STATES OF AMERICA,           )   CASE NO. MJ 21- 539
                                         )
08          Plaintiff,                   )
                                         )
09          v.                           )   DETENTION ORDER
                                         )
10   MACLOVIO HERNANDEZ-MARTINEZ,        )
                                         )
11          Defendant.                   )
                                         )
12

13   <u>Offense charged</u>: (by Complaint)

14   Possession of Controlled substances, including methamphetamine (50+ grams), and heroin,

15   with intent to distribute.

16   <u>Date of Detention Hearing</u>:   October 12, 2021

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18   based upon the factual findings and statement of reasons for detention hereafter set forth,

19   finds that no condition or combination of conditions which defendant can meet will

20   reasonably assure the safety of other persons and the community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22      (1) Defendant allegedly drove a vehicle from Portland OR to Seattle in September of

DETENTION ORDER
PAGE -1

01  2021.  A search of the vehicle revealed: a)  over 96,000 counterfeit M30 (oxycodone)

02  tablets.  Those tablets are suspected to contain fentanyl; test results are pending. (b)

03  3.45 kilos of heroin; (c) 109.9 grams of methamphetamine; and (d) $44,000 in U.S.

04  currency.

05  (2) The investigation also implicated the same vehicle was used to make a delivery in July

06  of 2021 to an apartment complex in Edmonds, and a search of the apartment soon

07  thereafter produced 8.5 pounds of heroin, and over 350 counterfeit M30 tablets which

08  contained fentanyl.

09  (3)  The charges carry very substantial maximum penalties.

10  (4) Defendant is a citizen of Mexico, and has strong family ties there.  He has no legal

11  status in the United States. He claims that he works in the fields in Washington.

12  (5) If he were released on bond, there would be no incentive for him to remain or to return

13  to court, and every incentive to the contrary.

14  It is therefore ORDERED:

15  1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

16  General for confinement in a correction facility separate, to the extent practicable, from

17  persons awaiting or serving sentences or being held in custody pending appeal;

18  2.  Defendant shall be afforded reasonable opportunity for private consultation with

19  counsel;

20  3.  On order of the United States or on request of an attorney for the Government, the

21  person in charge of the corrections facility in which defendant is confined shall deliver

22  the defendant to a United States Marshal for the purpose of an appearance in

DETENTION ORDER
PAGE -2

01 connection with a court proceeding;

02 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03 for the defendant, to the United States Marshal, and to the United States Pretrial

04 Services Officer.

05 DATED this 12th day of October, 2021.

06 _____
John L. Weinberg

07 United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3