THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-166RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH HEARING BY VIDEO |
| MACLOVIO HERNANDEZ-MARTINEZ, | |
| Defendant. | |

THE COURT has considered Maclovio Hernandez-Martinez's unopposed motion to proceed with a change of plea hearing by video, along with the relevant records in this case.

THE COURT FINDS that a video change of plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* W.D. Wash. Gen. Ord. No. 04-20 (March 30, 2020); *see also* W.D. Wash. Gen. Ord. Nos. 14-21, 16-21.

THE COURT ORDERS that a change of plea hearing be scheduled by video on February 16, 2022, at 11:00 a.m.

DATED this 11th day of February, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER TO PROCEED WITH
HEARING BY VIDEO
(*Hernandez-Martinez*; CR21-166RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100