THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MACLOVIO HERNANDEZ-MARTINEZ, <br><br> Defendant. | No. CR21-166RAJ <br><br> ORDER GRANTING EX PARTE MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |

THE COURT has considered the Ex Parte Motion to Withdraw as Counsel and for Appointment of New Counsel, along with the records and files in this case.

IT IS NOW ORDERED that the motion (Dkt. 29) is GRANTED. The Office of the Federal Public Defender and Assistant Federal Public Defender Gregory Murphy are permitted to withdraw as counsel in this matter, and that substitute CJA counsel shall be appointed to represent Maclovio Hernandez-Martinez.

DATED this 29th day of March, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ON MOTION TO WITHDRAW
AND FOR APPOINTMENT OF NEW COUNSEL
(*U.S. v. Hernandez-Martinez*; CR21-166RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100